**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____ Chapter **11** _____

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Caymus Funding Inc. |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)

81-2781505

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3550 George Busbee Pkwy NW | |
| Number        Street | Number        Street |
| Suite 225 | |
| | P.O. Box |
| Kennesaw        GA     30144 | |
| City                State     ZIP Code | City                State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Cobb County | |
| County | |
| | Number        Street |
| | |
| | City                State     ZIP Code |

**5. Debtor's website** (URL)

https://www.caymusfunding.com

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

| Debtor | Caymus Funding Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

**A. Check one:**

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

**B. Check all that apply:**

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

522291

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY

         District _____ When _____ Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

         District _____ When _____
                                                  MM / DD / YYYY

         Case number, if known _____

| Debtor | Caymus Funding Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
| | |

| City | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

| Debtor | Caymus Funding Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/23/2025
             MM  / DD / YYYY

✘ /s/ Clifford Hardwick
Signature of authorized representative of debtor

Clifford Hardwick
Printed name

Title  President, Chairman

---

**18. Signature of attorney**

✘ /s/ Scott Riddle
Signature of attorney for debtor

Date  01/23/2025
      MM  / DD / YYYY

Scott Riddle
Printed name

Law Office of Scott B. Riddle, LLC
Firm name

309 E. Paces Ferry Rd NE Suite 400
Number        Street

Atlanta
City

GA
State

30305
ZIP Code

4048150164
Contact phone

scott@scottriddlelaw.com
Email address

604855
Bar number

GA
State

---

**Fill in this information to identify the case:**

Debtor name ___Caymus Funding Inc._____

United States Bankruptcy Court for the: ___Northern District of Georgia___

(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

**Part 1:    Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..................................................
   $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ..............................................
   $ ___1,492,071.29

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ................................................
   $ ___1,492,071.29

**Part 2:    Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................
   $ ___20,705,471.43

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................
   $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*....................
   +$ _____3,738.00

4. **Total liabilities** ......................................................................
   Lines 2 + 3a + 3b
   $ ___20,709,209.43

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Caymus Funding Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Northern District of Georgia</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an** *insider,* **as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | LexisNexis Risk Solutions 1000 Alderman Dr. Alpharetta, GA, 30005 | | Services | | | | 3,738.00 |
| 2 | Bank of America PO Box 660441 Dallas, TX, 75266-0441 | | Credit Card Debt | | | | 0.00 |
| 3 | Corellia Technologies 31 Vinings Lane Cartersville, GA, 30120 | | Services | Disputed Unliquidated Contingent | | | 0.00 |
| 4 | Moonglow Software 20 Harris Rd NW Adairsville, GA, 30103 | | Services | Disputed Unliquidated Contingent | | | 0.00 |
| 5 | Oracle Netsuite 500 Oracle Parkway Redwood Shores, CA, 94065 | | Suppliers or Vendors | Disputed Unliquidated Contingent | | | 0.00 |
| 6 | Georgia Department of Revenue 2595 Century Parkway Atlanta, GA, 30345 | | Taxes & Other Government Units | | | | 0.00 |
| 7 | Internal Revenue Service Central Insolvency Op. PO Box 7346 Philadelphia, PA, 19101-7346 | | Taxes & Other Government Units | | | | 0.00 |
| 8 | | | | | | | |

Debtor    Caymus Funding Inc.
_____
    Name

Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case:**

Debtor name _____Caymus Funding Inc._____

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $ 0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America | Checking | 2  9  8  9 | $ 52,990.51 |
| 3.2. | See continuation sheet | | | $ 137,014.37 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | _____ | $_____ |
| 4.2. | _____ | $_____ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $ 190,004.88 |

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | _____ | $_____ |
| 7.2. | _____ | $_____ |

Debtor    Caymus Funding Inc.
                Name _____    Case number *(if known)*_____

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $_____

---

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    |  | Current value of debtor's interest |
    |---|---|

11. **Accounts receivable**

    | 11a. 90 days old or less: | 1,634,411.23 | − | 608,590.34 | = ........→ | $ 1,025,820.89 |
    |---|---|---|---|---|---|
    |  | face amount |  | doubtful or uncollectible accounts |  |  |
    | 11b. Over 90 days old: | 1,280,864.28 | − | 1,280,864.28 | = ........→ | $ 0.00 |
    |  | face amount |  | doubtful or uncollectible accounts |  |  |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 1,025,820.89

---

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    |  | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    | 14.1._____ | _____ | $_____ |
    |---|---|---|
    | 14.2._____ | _____ | $_____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                    % of ownership:

    | 15.1._____ | _____% | _____ | $_____ |
    |---|---|---|---|
    | 15.2._____ | _____% | _____ | $_____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    | 16.1._____ | _____ | $_____ |
    |---|---|---|
    | 16.2._____ | _____ | $_____ |

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor    Caymus Funding Inc.
_____    Case number (if known)_____
          Name

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested**<br>_____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish<br>_____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles)<br>_____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed**<br>_____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6**<br>_____ | $_____ | _____ | $_____ |

Debtor    Caymus Funding Inc.
_____    Case number (if known)_____
Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture**<br>Misc. Office Furniture (leased) | $_____ | _____ | $ 0.00 |
| **40. Office fixtures**<br>Misc. Office Fixtures (leased) | $_____ | _____ | $ 0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software**<br>Misc. Office Equipment (leased) | $_____ | _____ | $ 0.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Caymus Funding Inc.
_____
Name

Case number (if known) _____

---

**Part 8:    Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49.  Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $_____ | _____ | $_____ |

51.  **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$_____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor   Caymus Funding Inc.
_____   Case number (if known)_____
Name

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**
- ☐ No. Go to Part 10.
- ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1   3550 George Busbee Pkwy Ste. 225, Kennesaw, GA 30144 | Lease | $_____ | _____ | 0.00<br>$_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| 0.00<br>$_____ |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☑ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☑ No. Go to Part 11.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| $_____ |

Debtor    Caymus Funding Inc.
_____
Name    Case number (if known)_____

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  |  |
| --- | --- |
|  | **Current value of debtor's interest** |

**71. Notes receivable**

Description (include name of obligor)

_____  0.00  —  0.00  = ➡  $ 0.00
_____  Total face amount  doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  $_____
_____  Tax year _____  $_____
_____  Tax year _____  $_____

**73. Interests in insurance policies or annuities**

_____  $_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____  $_____

Nature of claim  _____

Amount requested  $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____  $_____

Nature of claim  _____

Amount requested  $_____

**76. Trusts, equitable or future interests in property**

_____  $_____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Attorney Retainer Held by Schklar & Heim, LLC  $ 276,245.52

_____  $_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.  $ 276,245.52

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Caymus Funding Inc.    Case number *(if known)*_____
         Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 190,004.88 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 1,025,820.89 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 276,245.52 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 1,492,071.29 | ✚ 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................... 1,492,071.29 | | $ 1,492,071.29 |

Debtor 1 _____Caymus Funding Inc._____    Case number *(if known)*_____

First Name    Middle Name    Last Name

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**
**General description Type of account Last 4 digits of account**
**number**
**Regions Bank Checking 1476**
**Balance: 66,548.52**
**Bank of America Checking 2971**
**Balance: 63,093.72**
**Bank of America Savings 5175**
**Balance: 104.72**
**Regions Bank Savings 1468**
**Balance: 5,003.44**
**Bank of Michigan Checking 3982**
**Balance: 1,541.53**
**Regions Bank Checking 1484**
**Balance: 722.44**

**Fill in this information to identify the case:**

Debtor name ___Caymus Funding Inc.___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name
Bank of Michigan

Creditor's mailing address

417 Main Street
PO Box 738, Brooklyn, MI 49230

Creditor's email address, if known
_____

Date debt was incurred ___12/01/2020___

Last 4 digits of account number ____

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

Describe debtor's property that is subject to a lien
See UCC Financing Statement

$ 20,705,471.43    $ Undetermined

Describe the lien
Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**2.2** Creditor's name
_____

Creditor's mailing address
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account number ____

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines ____

Describe debtor's property that is subject to a lien

$_____    $_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 20,705,471.43

Debtor    Caymus Funding Inc.
_____
Name

Case number (*if known*)_____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Robert Arrington, Esq.<br>1230 Peachtree Street<br>Suite 1900<br>Atlanta, GA, 30309 | Line 2. __1__ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |

**Fill in this information to identify the case:**

Debtor _____Caymus Funding Inc._____

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number _____
(If known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Georgia Department of Revenue
2595 Century Parkway
Atlanta, GA 30345

As of the petition filing date, the claim is: $ __Unknown__    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Taxes & Other Government Units

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _8_ )

**2.2** Priority creditor's name and mailing address
Internal Revenue Service
Central Insolvency Op.
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is: $ __Unknown__    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Taxes & Other Government Units

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _8_ )

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:

**Last 4 digits of account number** _____

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ____ )

Debtor    Caymus Funding Inc.                                    Case number (if known) _____
          Name

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|--|--|--|

**3.1** **Nonpriority creditor's name and mailing address**
Bank of America
PO Box 660441
Dallas, TX 75266-0441

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Corellia Technologies
31 Vinings Lane
Cartersville, GA 30120

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Services

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
LexisNexis Risk Solutions
1000 Alderman Dr.
Alpharetta, GA 30005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 3,738.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Moonglow Software
20 Harris Rd NW
Adairsville, GA 30103

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Services

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Oracle Netsuite
500 Oracle Parkway
Redwood Shores, CA 94065

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor    Calymus Funding Inc.                                    Case number *(if known)*_____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 3,738.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,738.00 |

**Fill in this information to identify the case:**

Debtor name ___Caymus Funding Inc.___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): _____    Chapter __11__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease Lessor | Harbor Group Management, as Receiver 600 TownPark Lane Ste 370 Kennesaw, GA, 30144 |
| | State the term remaining | Month to Month | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Software and Maintenance Lessor | Moonglow Software 20 Harris Rd NW Adairsville, GA, 30103 |
| | State the term remaining | Month to Month | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Accounting Software License Lessor | Oracle Netsuite 500 Oracle Parkway Redwood Shores, CA, 94065 |
| | State the term remaining | Month to Month | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | IT Support and Equipment Lessor | Corellia Technologies 31 Vinings Lane Cartersville, GA, 30120 |
| | State the term remaining | Month to Month | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    Caymus Funding Inc.

United States Bankruptcy Court for the:   Northern District of Georgia

Case number (If known):

☐ Check if this is an amended filing

**Official Form 206H**

## Schedule H: Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1*: **Codebtor** | | *Column 2*: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name    Caymus Funding Inc.

United States Bankruptcy Court for the:    Northern District of Georgia

Case number (If known):    _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 07/01/2024<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 815,533.74 |
| **For prior year:** | From 07/01/2023<br>MM / DD / YYYY | to | 06/30/2024<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 3,077,915.04 |
| **For the year before that:** | From 07/01/2022<br>MM / DD / YYYY | to | 06/30/2023<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 5,210,878.80 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 07/01/2024<br>MM / DD / YYYY | to | Filing date | Interest Income | $ 32.22 |
| **For prior year:** | From 07/01/2023<br>MM / DD / YYYY | to | 06/30/2024<br>MM / DD / YYYY | Interest Income, Rental Income | $ 4,238.03 |
| **For the year before that:** | From 07/01/2022<br>MM / DD / YYYY | to | 06/30/2023<br>MM / DD / YYYY | Interest Income, Rental Income | $ 8,998.50 |

Debtor    Caymus Funding Inc.
_____    Case number *(if known)*_____
    Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐  None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached<br><br>Creditor's name | | $ 0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.2. | <br><br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑  None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | <br>Insider's name<br><br><br>Relationship to debtor<br>_____ | _____<br><br>_____<br><br>_____ | $_____ | |
| 4.2. | <br>Insider's name<br><br><br>Relationship to debtor<br>_____ | _____<br><br>_____<br><br>_____ | $_____ | |

Debtor _____Caymus Funding Inc._____    Case number (if known)_____
           Name

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ <br> Creditor's name | | _____ | $_____ |
| 5.2. | _____ <br> Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ <br> Creditor's name | | _____ | $_____ |
| | Last 4 digits of account number: XXXX– _____ | | |

---

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Bank of Michigan vs. Caymus Funding, John Does 1-5 <br><br> **Case number** <br><br> Civil Action No. 24CG06584 | Collection, Appointment of Receiver | Superior Court of Cobb County, Georgia <br><br> 70 Haynes Street <br> Marietta, GA 30090 | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| 7.2. | **Case title** <br><br> **Case number** | Collection | Court or agency's name and address <br> See Attached Schedule of Lawsuits | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

---

Debtor    Caymus Funding Inc.
_____    Case number (if known)_____
Name

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |
| 9.2. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $_____ |

---

Debtor      Caymus Funding Inc.
            _____      Case number (if known)_____
            Name

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Law Office of Scott B. Riddle, LLC | Retainer of $75,000.00 for pre-petition fees, post-petition fees and filing fee. | 01/2025 | $ 75,000.00 |
| **Address** | | | |
| 309 E. Paces Ferry Rd NE Ste 400 Atlanta, GA 30305 | | | |
| **Email or website address** | | | |
| | | | |
| **Who made the payment, if not debtor?** | | | |
| | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. Burge & Associates | | | $ 2,500.00 |
| **Address** 315 West Pnce de Leon Ave Ste 700 Decatur, GA 30030 | | | |
| **Email or website address** | | | |
| | | | |
| **Who made the payment, if not debtor?** | | | |
| | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $_____ |
| **Trustee** | | | |
| | | | |

Debtor      Caymus Funding Inc.
_____      Case number (if known)_____
            Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

Debtor    Caymus Funding Inc.                              Case number *(if known)*_____
       Name

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Social Security No., Address, Date of Birth

       Does the debtor have a privacy policy about that information?

       ☐ No

       ☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

       ☐ No. Go to Part 10.

       ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

       Has the plan been terminated?

       ☐ No

       ☐ Yes

Debtor    Caymus Funding Inc.
_____     Case number *(if known)*_____
Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

Debtor    Caymus Funding Inc.                                      Case number (*if known*)_____
_____
Name

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name | | | $_____ |

---

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | _____ | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

Debtor    Caymus Funding Inc.
_____    Case number *(if known)*_____
    Name

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

---

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |

---

Debtor    Caymus Funding Inc.
_____    Case number (*if known*)_____
    Name

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  Ashley Spagnola<br>Name<br>3550 George Busbee Pkwy NW Ste. 225, Kennesaw GA 30144 | From _____<br><br>To _____ |
| 26a.2.  _____<br>Name | From _____<br><br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1.  UHY LLP<br>Name<br>27725 Ste 200 Farmington, MI 48334 | From _____<br><br>To _____ |
| 26b.2.  _____<br>Name | From _____<br><br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  Ashley Spagnola<br>Name<br>3550 George Busbee Pkwy NW Ste. 225, Kennesaw, GA 30144 | |

---

Debtor    Caymus Funding Inc.
_____    Case number (if known)_____
Name

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26c.2.    Burge & Associates P.C.
_____
Name
315 Ponce De Leon Ave Ste. 700 Decatur, GA 30030

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |

26d.1.    Bank of Michigan
_____
Name
417 Main St, PO Box 738 Brooklyn MI 49230

| Name and address |
| --- |

26d.2.    _____
Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
| --- |

27.1.    _____
Name

| Debtor | Caymus Funding Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2. _____
Name

---

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Clifford Hardwick | 3550 George Busbee Pkwy NW Ste 225, Kennesaw, GA 30144 | President, Chairman | 100 |

---

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Michael Feldman | 5201 S. Torrey Pines, Unit 1172, Las Vegas NV 89118 | Secretary | _____ To 04/01/2024 |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

---

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. See Attached SOFA Part 13, Question 30 <br> Name <br> 3550 George Busbee Pkwy NW <br> Ste. 225 <br> Kennesaw, GA 30144 | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | _____ | |

Debtor    Caymus Funding Inc.
_____    Case number (if known)_____
Name

| Name and address of recipient | | |
|---|---|---|
| 30.2 | | |
| Name | | |
| | | |
| | | |
| | | |
| Relationship to debtor | | |
| | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    01/23/2025
_____
MM  / DD  / YYYY

✖ /s/ Clifford Hardwick                    Printed name    Clifford Hardwick
_____                    _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    President, Chairman
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

| Financial Row | Type | Date | Memo | Document Number | Amount |
|---|---|---|---|---|---|
| 1007 - Cash - Regions Business Checking - 1476 | Bill Payment | 10/1/2024 | LEXIS NEXIS | 123647 | ($3,500.70) |
| 1007 - Cash - Regions Business Checking - 1476 | Journal | 10/1/2024 | MERCHANT CAP SEMI MONTHLY | JE112378 | ($10,625.00) |
| 1007 - Cash - Regions Business Checking - 1476 | Bill Payment | 10/1/2024 | TOWN PARK | 123646 | ($16,404.78) |
| 1000 - Cash - BOA Checking - 2971 | Journal | 10/4/2024 | AM EX SEPT | JE112630 | ($6,128.60) |
| 1007 - Cash - Regions Business Checking - 1476 | Bill Payment | 10/7/2024 | CORELLIA | 123650 | ($25,000.00) |
| 1007 - Cash - Regions Business Checking - 1476 | Bill Payment | 10/7/2024 | MOONGLOW | 123651 | ($20,000.00) |
| 1007 - Cash - Regions Business Checking - 1476 | Bill Payment | 10/7/2024 | NETSUITE Q4 | 123649 | ($5,474.70) |
| 1001 - Cash - BOA Checking - 2989 | Journal | 10/11/2024 | SEMI MONTHLY PAYROLL | JE112949 | ($43,690.94) |
| 1007 - Cash - Regions Business Checking - 1476 | Journal | 10/15/2024 | MERCHANT CAP SEMI MONTHLY | JE112951 | ($10,625.00) |
| 1000 - Cash - BOA Checking - 2971 | Journal | 10/22/2024 | AM EX OCTOBER 2024 | JE113498 | ($988.16) |
| 1007 - Cash - Regions Business Checking - 1476 | Bill Payment | 10/28/2024 | LEXIS NEXIS | 123652 | ($3,264.00) |
| 1001 - Cash - BOA Checking - 2989 | Journal | 10/31/2024 | SEMI MONTHLY PAYROLL | JE113675 | ($29,872.87) |
| 1007 - Cash - Regions Business Checking - 1476 | Journal | 11/1/2024 | MERCHANT CAP SEMI MONTHLY PMT | JE113735 | ($10,625.00) |
| 1007 - Cash - Regions Business Checking - 1476 | Bill Payment | 11/1/2024 | TOWN PARK | 123654 | ($16,404.78) |
| 1007 - Cash - Regions Business Checking - 1476 | Bill Payment | 11/4/2024 | CORELLIA | 123656 | ($25,000.00) |
| 1007 - Cash - Regions Business Checking - 1476 | Bill Payment | 11/4/2024 | MOONGLOW | 123655 | ($20,000.00) |
| 1001 - Cash - BOA Checking - 2989 | Journal | 11/14/2024 | SEMI MONTHLY PAYROLL | JE114179 | ($29,200.72) |
| 1007 - Cash - Regions Business Checking - 1476 | Journal | 11/15/2024 | MERCHANT CAP SEMI MONTHLY PAYMENT | JE114180 | ($10,625.00) |
| 1001 - Cash - BOA Checking - 2989 | Journal | 11/29/2024 | SEMI MONTHLY PAYROLL | JE114499 | ($24,490.37) |
| 1000 - Cash - BOA Checking - 2971 | Journal | 12/2/2024 | AM EX NOVEMBER | JE114601 | ($1,693.20) |
| 1007 - Cash - Regions Business Checking - 1476 | Journal | 12/2/2024 | MERCHANT CAP SEMI MONTHLY PAYMENT | JE114602 | ($10,625.00) |
| 1007 - Cash - Regions Business Checking - 1476 | Bill Payment | 12/4/2024 | CORELLIA | 123659 | ($25,000.00) |
| 1007 - Cash - Regions Business Checking - 1476 | Bill Payment | 12/4/2024 | TOWN PARK | 123658 | ($16,404.78) |
| 1007 - Cash - Regions Business Checking - 1476 | Bill Payment | 12/4/2024 | TOWN PARK | 123660 | ($20,000.00) |
| 1001 - Cash - BOA Checking - 2989 | Journal | 12/12/2024 | SEMI MONTHLY PAYROLL | JE114893 | ($26,468.06) |
| 1007 - Cash - Regions Business Checking - 1476 | Journal | 12/16/2024 | MERCHANT CAP SEMI MONTHLY PAYMENT | JE114895 | ($10,625.00) |
| 1007 - Cash - Regions Business Checking - 1476 | Bill Payment | 12/17/2024 | LEXIS NEXIS | 123663 | ($3,333.00) |
| 1007 - Cash - Regions Business Checking - 1476 | Bill Payment | 12/17/2024 | NETSUITE Q1 | 123664 | ($4,161.67) |
| 1000 - Cash - BOA Checking - 2971 | Journal | 12/23/2024 | AM EX DECEMBER 2024 | JE115129 | ($4,274.62) |
| 1001 - Cash - BOA Checking - 2989 | Journal | 12/30/2024 | SEMI MONTHLY PAYROLL | JE115220 | ($24,025.37) |
| 1007 - Cash - Regions Business Checking - 1476 | Journal | 12/31/2024 | MERCHANT CAPITAL SEMI MONTHLY DEC2024 | JE115178 | ($10,625.00) |
| 1007 - Cash - Regions Business Checking - 1476 | Journal | 1/7/2025 | SCHKLAR & HEIM DECEMBER LEGAL | JE115324 | ($16,079.69) |
| 1007 - Cash - Regions Business Checking - 1476 | Journal | 1/8/2025 | SCHKLAR & HEIM | JE115355 | ($300,000.00) |
| 1007 - Cash - Regions Business Checking - 1476 | Bill Payment | 1/8/2025 | TOWN PARK | 123666 | ($16,404.78) |

**OFFICER DISTRIBUTIONS 12 MONTHS JAN2024-JAN2025**
**CLIFFORD HARDWICK**

| Memo | Amount |
|---|---|
| AMERICAN EXPRESS | (51,562.96) |
| MERCHANT CAPITAL SEMIMONTHLY | (292,835.44) |
| 12 MONTHS PAYROLL SUBMISSIONS | (117,395.79) |

**Caymus Funding Inc.**
Legal Collection Cases
Filed in the Supperior Court of Cobb County, GA.

**Current Cases**

| Lawsuit Name | Date | Current Status | Principal | Court Costs | Notes | Case # | Case Name Full | Caymus Affiliate ID | Gross Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| ROOFING PLUS CONSTRUCTION LLC | 11/22/2024 | Notice of Appearance | | | Counter Claim answered 5/4/2024 | 24102670 | CAYMUS FUNDING INC v ROOFING PLUS CONSTRUCTION LLCSTORHAUG JEFFREY | 1010432 | $9,972.00 |
| H & H LANDSCAPING LLC | 11/22/2024 | NOTICE of Appearance | | | Counter Claim answered 2/17/2024 | 23109570 | CAYMUS FUNDING INC v H & H LANDSCAPING LLCHINES RICHARD | 1007947 | $19,778.09 |
| 4 YOU CLEANING INCORPORATED | 4/4/2024 | AFFIDAVIT OF SERVICE | | | | 23104606 | CAYMUS FUNDING INC v 4 YOU CLEANING INCORPORATEDNABOKOV ANASTASIYA | 21925 | $60,521.43 |
| 7 SONS MANUFACTURING INC | 8/21/2024 | COMPLAINT | | | | 24GC06203 | CAYMUS FUNDING INC V 7 SONS MANUFACTURING INC, ET AL | 17206 | $80,675.75 |
| ACCESS TAPAS BAR LLC | 6/20/2023 | COMPLAINT | | | | 23104714 | CAYMUS FUNDING INC v ACCESS TAPAS BAR LLCMCDONALD VALENCIABECKHAM MAISHA | 21258 | $33,354.29 |
| AFO GLOBAL ENTERPRISES LLC | 12/20/2023 | ORDER TO PERFECT SERVICE | | | | 19103700 | CAYMUS FUNDING INC v AFO GLOBAL ENTERPRISES LLCPEPPER BRIAN | 1444 | $56,331.58 |
| ALL 4 SEASON FENCING LLC | 3/16/2023 | MOTION DEFAULT JUDGM | | | | 23100594 | CAYMUS FUNDING INC v ALL 4 SEASON FENCING LLCHILL ROBERT | 21817 | $20,572.20 |
| ALL GOOD SHUTTER AND BLIND LLC | 10/4/2023 | SERVICE ENTRY - Sheriff's Entry of Service | | | | 23106388 | CAYMUS FUNDING INC v ALL GOOD SHUTTER AND BLIND LLCCASH KEVIN | 21708 | $27,644.69 |
| ALTA VISTA PLUMBING SERVICES LLC | 7/7/2022 | COMPLAINT | | | | 22101774 | CAYMUS FUNDING INC v ALTA VISTA PLUMBING SERVICES LLCMALDONADO CORA | 15712 | $40,204.60 |
| ALWAYS PRODUCTIVE TRUCKING LLC | 11/22/2022 | COMPLAINT | | | | 22108165 | CAYMUS FUNDING INC v ALWAYS PRODUCTIVE TRUCKING LLCVELOTTA ELIZABETH | 17966 | $57,167.14 |
| ANC PROPERTY SOLUTIONS INC | 5/11/2023 | SUMMONS | | | | 23103659 | CAYMUS FUNDING INC v ANC PROPERTY SOLUTIONS INCCECERE ANTHONY | 1002992 | $22,887.42 |
| ASH HOME REMODELING LLC | 12/4/2024 | Rule NISI | | | Peremptory Hearing 1/27/2025 | 22107238 | CAYMUS FUNDING INC VS AARON HAGEDORN | 15383 | $38,293.48 |
| ATLANTIS GLASS INC | 6/14/2024 | Hearing Transaction | | | | 22108164 | CAYMUS FUNDING INC v ATLANTIS GLASS INCDANESH SEPANDAR | 23604 | $143,964.56 |
| ATS DESIGN STUDIO INC | 5/3/2022 | SERVICE ENTRY - Sheriff's Entry of Service | | | | 21108565 | CAYMUS FUNDING INC v STACHURSKI TADEUSZATS DESIGN STUDIO INC | 9510 | $43,472.00 |
| B & B SMITH CONSTRUCTION INC | 3/24/2023 | MOTION DEFAULT JUDGM | | | | 22106175 | CAYMUS FUNDING INC v B & B SMITH CONSTRUCTION INCSMITH BOBBY JR | 12576 | $112,808.41 |
| BF SOUL FOOD RESTAURANT NYC INC | 4/5/2024 | Notice of Filing | | | | 23101748 | CAYMUS FUNDING INC v BF SOUL FOOD RESTAURANT NYC INCOUEDRAOGO KASSOUM | 9235 | $186,890.20 |
| BIG B TRUCKING LLC | 3/9/2023 | SERVICE ENTRY - Sheriff's Entry of Service | | | | 23100252 | CAYMUS FUNDING INC v BIG B TRUCKING LLCTOWNSEND BRYAN | 17018 | $15,444.69 |
| BLACK MAGIC LLC | 2/26/2024 | ATTORNEY LEAVE OF ABSENCE | | | | 22107072 | CAYMUS FUNDING INC v BLACK MAGIC LLCMARSON ERAN | 17264 | $113,045.10 |
| BLACKTOP SEALCOAT LLC | 6/14/2024 | Hearing Transaction | | | | 22107235 | CAYMUS FUNDING INC v BLACKTOP SEALCOAT LLCGROSSO PHILLIP | 12214 | $79,353.10 |
| BOLDS TRANSPORT LLC | 7/14/2022 | COMPLAINT | | | | 22104833 | CAYMUS FUNDING INC v BOLDS TRANSPORT LLCBOLDS TYRONE | 16777 | $65,072.00 |
| BUFFALO BOSS TWO LLC | 3/23/2023 | SERVICE ENTRY | | | | 22107986 | CAYMUS FUNDING INC v BUFFALO BOSS TWO LLCWHITE JAMAR | 20334 | $92,067.60 |
| C & C MANUFACTURING LLC | 7/10/2024 | Certificate of Service | | | | 23106966 | CAYMUS FUNDING INC v C & C MANUFACTURING LLCSIEMENS CHRISTINASIEMENS CHRISTOPHER | 23771 | $0.00 |
| CAP CONSTRUCTION LLC | 5/25/2023 | SERVICE ENTRY - Sheriff's Entry of Service | | | | 23103407 | CAYMUS FUNDING INC v CAP CONSTRUCTION LLCFERREIRA CARLOS | 22704 | $29,233.92 |
| CARING DERMATOLOGY CENTER PC | 8/30/2024 | Deposition Form | | | | 24102671 | CAYMUS FUNDING INC v KAMBAL INCCANDIDO CECILIA | 1011450 | $20,500.60 |
| CEJA PRODUCE INC | 6/1/2023 | SERVICE ENTRY - Sheriff's Entry of Service | | | | 22106767 | CAYMUS FUNDING INC v CEJA PRODUCE INCCEJA CRISTIANAGUAYO MIREYA | 20425 | $78,070.05 |
| CHRIS CONSTRUCTION LLC | 8/23/2024 | COMPLAINT | | | | 24GC06248 | CAYMUS FUNDING INC V CHRIS CONSTRUCTION LLC, ET AL | 1012074 | $46,262.78 |
| CK & H MAINTENANCE INC | 2/28/2023 | COMPLAINT | | | | 23101698 | CAYMUS FUNDING INC v CK & H MAINTENANCE INCCHO KWANG | 1000335 | $102,571.50 |
| CLARKSBURG URGENT CARE LLC | 6/20/2024 | Deposition Form | | | | 23108101 | CAYMUS FUNDING INC v CLARKSBURG URGENT CARE LLCWORNYO JAMES | 26166 | $70,806.55 |
| COASTAL ENTERPRISES INC | 4/19/2022 | MOTION DEFAULT JUDGM | | | | 21108603 | CAYMUS FUNDING INC v COASTAL ENTERPRISES INCZINNO ROBERT J III | 9604 | $43,394.00 |
| CONSTRUCTION SSD CORP | 2/27/2024 | DISCLOSURE STATEMENT | | | | 24101459 | CAYMUS FUNDING INC v CONSTRUCTION SSD CORPSILVA SILVIO BORGES | 1010696 | $68,499.00 |
| CONSTRUGAMA 77 LLC | 2/21/2023 | SERVICE ENTRY - Sheriff's Entry of Service | | | | 21109402 | CAYMUS FUNDING INC v CONSTRUGAMA 77 LLCMALDONADO CARLOSQUINTERO GARYS | 14795 | $206,538.00 |
| CRAVINGSS FOR TAPAS INC | 12/4/2024 | MEDIATION REPORT | | | | 23106968 | CAYMUS FUNDING INC v CRAVINGSS FOR TAPAS INCCZERNIZER MARCELO | 1004041 | $68,069.30 |
| CRYSTAL MOUNTAIN ENTERPRISES INC | 7/3/2024 | Certificate of Service | | | | 24103247 | CAYMUS FUNDING INC v CRYSTAL MOUNTAIN ENTERPRISES INCODELL JOHN | 1010953 | $31,494.87 |
| DALES HOME MEDIA LLC | 8/23/2024 | COMPLAINT | | | | 24GC06247 | CAYMUS FUNDING INC V DALES HOME MEDIA LLC, ET AL | 1010244 | $9,515.14 |
| DOUBLE CHECK MULTI SERVICES LLC | 6/20/2024 | Mediation Report | | | | 23106593 | CAYMUS FUNDING INC v DOUBLE CHECK MULTI SERVICES LLCABEL FRANTZO | 1002735 | $125,429.10 |
| DOWNHOME ESSENTIALS LLC | 7/18/2024 | Interrogatories | | | | 24101533 | CAYMUS FUNDING INC v DOWNHOME ESSENTIALS LLCBAUGHER MARK | 1006305 | $8,329.10 |
| DOWNTOWN BARBERSHOP CORP | 12/4/2024 | Rule NISI | | | Peremptory Hearing 1/27/2025 | 22101249 | CAYMUS FUNDING INC v DOWNTOWN BARBERSHOP CORPPEREZ JOSE | 14251 | $24,402.00 |
| DREAM WORKZ AUTOMOTIVE LLC | 7/3/2024 | Certificate of Service | | | | 24103117 | CAYMUS FUNDING INC v DREAM WORKZ AUTOMOTIVE LLCSIEDELMANN MORGAN | 1011293 | $19,005.30 |
| DTI CONSTRUCTION LLC | 4/25/2023 | COMPLAINT | | | | 23103199 | CAYMUS FUNDING INC v DTI CONSTRUCTION LLCMURPHY THOMAS | 26829 | $97,218.86 |
| DVB CONSTRUCTION LLC | 4/5/2024 | AFFIDAVIT OF SERVICE | | | | 24100813 | CAYMUS FUNDING INC v DVB CONSTRUCTION LLCBATAZHAN DMITRIY | 25927 | $65,588.46 |
| EARTH AND ROOTS LLC | 6/1/2023 | SERVICE ENTRY - Sheriff's Entry of Service | | | | 22108490 | CAYMUS FUNDING INC v CBD FARMHOUSE LLCHA STEVEN | 14157 | $54,117.21 |
| ELITE EXCAVATION & CONSTRUCTION LLC | 9/28/2023 | COMPLAINT | | | | 23107577 | CAYMUS FUNDING INC v ELITE EXCAVATION & CONSTRUCTION LLCPANDOLFO NICHOLAS | 12789 | $253,645.01 |
| EMPIRE CONSTRUCTION LLC | 2/20/2023 | SERVICE ENTRY - Sheriff's Entry of Service | | | | 23100432 | CAYMUS FUNDING INC v EMPIRE CONSTRUCTION LLCMAINATO CESAR YOVANNY PAREDES | 18175 | $51,259.30 |
| FAIRFIELD COUNTY MARBLE & TILE | 12/4/2024 | Rule NISI | | | Peremptory Hearing 1/27/2025 | 21109113 | CAYMUS FUNDING INC VS YOUSSEF MAKHRAZ | 6868 | $51,204.00 |
| FIRST RATE PAINTERS LLC | 2/20/2024 | COMPLAINT | | | | 24101275 | CAYMUS FUNDING INC v FIRST RATE PAINTERS LLCMARTIN SHEA | 1007514 | $44,718.48 |
| FOX TNG INVESTMENTS LLC | 10/12/2023 | NOTICE | | | | 23107976 | CAYMUS FUNDING INC v FOX TNG INVESTMENTS LLCFOX CHRISTOPHER | 26772 | $28,191.82 |
| FREITES ELEGUA CONTR PAINT CORP | 2/21/2023 | SERVICE ENTRY - Sheriff's Entry of Service | | | | 23100059 | CAYMUS FUNDING INC v FREITES ELEGUA CONTR PAINT CORPPANTE DAVIS | 20143 | $31,528.01 |
| GLADIATOR ROOFING INC | 7/3/2024 | Certificate of Service | | | | 24101464 | CAYMUS FUNDING INC v GLADIATOR ROOFING INCTHOMAS JOSHUA | 1007968 | $49,122.68 |
| GOLDEN RULE BARBECUE INC | 12/4/2024 | Rule NISI | | | Peremptory Hearing 1/27/2025 | 21108561 | CAYMUS FUNDING INC v MATSOS CHARLES MICHAELGOLDEN RULE BARBECUE INC | 1802 | $55,714.00 |
| GOOD NATURE HOME CARE LLC | 10/17/2024 | Deposition Form | | | | 23100309 | CAYMUS FUNDING INC VS GOOD NATURE HOME CARE LLC | 20816 | $33,774.92 |
| H & M ROAD SERVICE 2 LLC | 3/26/2024 | MOTION TO WITHDRAW AS COUNSEL | | | | 23105585 | CAYMUS FUNDING INC v H & M ROAD SERVICE 2 LLCHERNANDEZ FRANYIFER | 1004020 | $15,849.79 |
| HARVEST BUILDING AND DESIGN LLC | 12/4/2024 | Rule NISI | | | Peremptory Hearing 1/27/2025 | 21108563 | CAYMUS FUNDING INC v ARON ANTHONY TODDMILLER BILLY JUSTINHARVEST BUILDING AND DESIGN LLC | 11515 | $87,064.00 |
| HIGH CREEK LANDSCAPING LLC | 6/1/2023 | SERVICE ENTRY - Sheriff's Entry of Service | | | | 23100592 | CAYMUS FUNDING INC v HIGH CREEK LANDSCAPING LLCCHRISTENSEN KEVIN S | 26608 | $84,414.09 |
| Honora Construction | 12/4/2024 | Rule NISI | | | Peremptory Hearing 1/27/2025 | 22108051 | CAYMUS FUNDING INC VS JAMIE GARZA | 24918 | $113,953.20 |
| INTERBAY CONCRETE & CONSTUC | 12/8/2022 | SERVICE ENTRY - Sheriff's Entry of Service | | | | 22108288 | CAYMUS FUNDING INC v INTERBAY CONCRETE & CONSTUCHARRIS DEREK | 20097 | $11,573.97 |
| INTERNATIONAL GOURMET FOODS INC | 12/30/2024 | Notice of Mediation Conference | | | | 23106965 | CAYMUS FUNDING INC v INTERNATIONAL GOURMET FOODS INCNICHOLLS RICARDO | 1005957 | $22,837.30 |
| JHS GROUP LLC | 8/20/2024 | Interrogatories | | | | 23109842 | CAYMUS FUNDING INC v JHS GROUP LLCSHUSHAN JANET | 16407 | $67,977.50 |
| JJ LANDSCAPING | 12/4/2024 | Rule NISI | | | Peremptory Hearing 1/27/2025 | 22100291 | CAYMUS FUNDING INC VS JUAN ARREDONDO | 13118 | $27,228.00 |
| JLJ ENETERPRISES LLC | 12/4/2024 | Rule NISI | | | Peremptory Hearing 1/27/2025 | 22103242 | CAYMUS FUNDING INC VS JLJ ENETERPRISES LLC | 7348 | $40,504.25 |
| JMA PLASTERING INC | 11/4/2024 | Order | | | Cannot Perfect Service | 23109843 | CAYMUS FUNDING INC v JMA PLASTERING INCANDRES JOSE | 1009517 | $49,317.72 |
| JOURNEY HOME RESTORATION LLC | 6/1/2023 | SERVICE ENTRY - Sheriff's Entry of Service | | | | 23100430 | CAYMUS FUNDING INC v JOURNEY HOME RESTORATION LLCKACZUR JASON | 18998 | $102,926.92 |
| JPR GENERAL CONTRACT CORP | 2/20/2023 | SERVICE ENTRY - Sheriff's Entry of Service | | | | 23100593 | CAYMUS FUNDING INC v JPR GENERAL CONTRACT CORPPENARANDA JAIME | 21853 | $23,646.65 |
| JUCA SERVICES LLC | 6/28/2024 | Deposition Form | | | | 23106591 | CAYMUS FUNDING INC v JUCA SERVICES LLCSANTANA JUAN CABRERA | 19376 | $20,191.02 |
| JUST KEEPING BUSY JUST TREES | 4/4/2023 | MOTION TO STAY | | | | 22104255 | CAYMUS FUNDING INC v JUST KEEPING BUSY JUST TREESWITTLICH MARK | 17598 | $0.00 |
| JUTTE ELECTRIC ENTERPRISES LLC | 7/19/2022 | SERVICE ENTRY | | | | 21104932 | CAYMUS FUNDING INC v JUTTE ELECTRIC SERVICES LLCJUTTE ELECTRIC ENTERPRISES LLCJUTTE ALICIA M | 4461 | $84,425.00 |
| KARMA FARM PHARR LLC | 8/8/2023 | NOTICE OF HEARING | | | | 22106260 | CAYMUS FUNDING INC v KARMA FARM PHARR LLCWILDER ROBERT SCOTT | 13825 | $18,725.00 |
| KENNETH GROUP INC | 12/6/2022 | COMPLAINT | | | | 22108491 | CAYMUS FUDNING INC v KENNETH GROUP INCNAVARRETE JOSE FELIX | 19603 | $13,640.08 |
| KEYSTONE BUILDING & RESTORATION LLC | 7/3/2024 | Certificate of Service | | | | 24102863 | CAYMUS FUNDING INC v KEYSTONE BUILDING & RESTORATION LLCGAGNON PAUL | 1808 | $413,873.92 |
| LA CONDE AUTOBODY INC | 11/4/2024 | Order | | | Cannot Perfect Service | 24100416 | CAYMUS FUNDING INC v LA CONDE AUTOBODY INCOCHOA MARIBEL | 1006891 | $80,264.31 |
| LAST CALL AUTO GROUP LLC | 2/21/2023 | DISCLOSURE STATEMENT | | | | 23101513 | CAYMUS FUNDING INC v LAST CALL AUTO GROUP LLCBISSON CYRUSYESILBOGAZ AHMET | 21409 | $31,001.79 |
| LG MECHANICAL SERVICES LLC | 7/28/2022 | COMPLAINT | | | | 22105209 | CAYMUS FUNDING INC v LG MECHANICAL SERVICES LLCBATISTA GLENAVAN | 16293 | $91,675.80 |
| LIAISONS COMMUNITY CARE LLC | 3/28/2023 | COMPLAINT | | | | 23102426 | CAYMUS FUNDING INC v LIAISONS COMMUNITY CARE LLCSTEELE FRANCINA | 14300 | $0.00 |
| LOCAL FENCES LLC | 6/12/2024 | Attorney Leave of Absence | | | | 22104832 | CAYMUS FUNDING INC v LOCAL FENCES LLCLAURIA PAMELA MARIE | 19681 | $114,071.28 |
| LUXURY UPHOLSTERY CARS LLC | 7/2/2024 | Certificate | | | | 24101461 | CAYMUS FUNDING INC v LUXURY UPHOLSTERY CARS LLCOROZCO JAVIER | 1009027 | $34,374.84 |
| M&A CANDY WHOLESALE LLC | 4/27/2023 | COMPLAINT | | | | 23103266 | CAYMUS FUNDING INC v M&A CANDY WHOLESALE LLCOQUENDO ARGENTINA | 14225 | $59,829.00 |
| MAGPIE DAYCARE LLC | 3/23/2023 | SERVICE ENTRY | | | | 22106410 | CAYMUS FUNDING INC v MAGPIE DAYCARE LLCBACHMAN MEGHAN ASHLEY SALAMENO | 19463 | $39,291.06 |
| MCCHESNEY CONSTR REMODEL INC | 6/6/2023 | SERVICE ENTRY - Sheriff's Entry of Service | | | | 23102792 | CAYMUS FUNDING INC v MCCHESNEY CONSTR REMODEL INCMCCHESNEY JEFFREY | 26674 | $46,218.98 |
| MENDOZA CUSTOM TOPS LLC | 6/20/2023 | COMPLAINT | | | | 23104711 | CAYMUS FUNDING INC v MENDOZA CUSTOM TOPS LLCMENDOZA FERNANDO | 19921 | $22,811.31 |
| MI CASA HOUSING LTD | 1/22/2024 | AFFIDAVIT OF SERVICE | | | | 23105892 | CAYMUS FUNDING INC v MI CASA HOUSING LTDHUCKLEBERRY JAMES | 13803 | $39,536.35 |
| MIND YA BUSINESS TINTING & DETAILING CO | 12/7/2023 | COMPLAINT | | | | 23109463 | CAYMUS FUNDING INC v MIND YA BUSINESS TINTING & DETAILING COBELL KENNETH | 1009348 | $41,396.00 |
| MJL ENTERPRISES LLC | 4/5/2024 | AFFIDAVIT OF SERVICE | | | | 23107582 | CAYMUS FUNDING INC v MJL ENTERPRISES LLCSCIAN MICHAEL JR | 1004011 | $52,202.28 |
| MODERN HOME INNOVATIONS LLC | 10/12/2023 | COMPLAINT | | | | 23107974 | CAYMUS FUNDING INC v MODERN HOME INNOVATIONS LLCELLARD PHILLIP | 1006591 | $35,444.68 |
| MODERN PAVING LANDSCAPING INC | 8/15/2024 | EFILED DOCUMENT:FINAL DISPOSITION FORM | | | | 23103608 | CAYMUS FUNDING INC v MODERN PAVING LANDSCAPING INCNAVARRO ALBERTO NUNEZ | 1004185 | $33,202.95 |
| MOUNTAIN SHADOWS REMODELING LLC | 4/11/2024 | AFFIDAVIT OF SERVICE | | | | 23105893 | CAYMUS FUNDING INC v MOUNTAIN SHADOWS REMODELING LLCFISCH RICHARD | 8582 | $148,368.26 |
| NEW TIMES KITCHEN INC | 6/12/2023 | ORDER | | | | 22103047 | CAYMUS FUNDING INC v NEW TIMES KITCHEN INCESCOBAR GONZALEZ AMAURYORDUNA RENILDO | 15781 | $36,326.90 |
| NEXT DOOR HOME LLC | 4/11/2023 | COMPLAINT | | | | 23102790 | CAYMUS FUNDING INC v NEXT DOOR HOME LLCSTONE BRIAN | 18575 | $35,670.75 |
| OPTIMAL LENDER SERVICES LLC | 7/18/2023 | ORDER GRANT MOTION | | | | 18100383 | CAYMUS FUNDING INC v OPTIMAL LENDER SERVICES LLCWINSTON MONIQUE | 1834 | $635,666.17 |
| OSORIOGOLD SECURITY LLC | 8/30/2022 | SERVICE ENTRY - Sheriff's Entry of Service | | | | 22105402 | CAYMUS FUNDING INC v OSORIOGOLD SECURITY LLCOSORIO MICHAEL | 17173 | $39,158.64 |
| Peak Garage Doors | 12/4/2024 | Rule NISI | | | Peremptory Hearing 1/27/2025 | 22108488 | CAYMUS FUNDING INC VS JESUS CARDONA | 20252 | $21,072.00 |
| PERFECT STATE INC | 8/13/2024 | COMPLAINT | | | | 24GC06010 | CAYMUS FUNDING INC. V PERFECT STATE INC, ET AL | 21551 | $27,846.50 |
| PORTABLE BUILDING OUTLETS LLC | 6/14/2024 | Summons | | | | 24104473 | CAYMUS FUNDING INC v PORTABLE BUILDING OUTLETS LLCSTERLING WENDELL PAUL | 1009632 | $32,505.28 |
| PROFESSIONAL HARDWD FLR TRIM | 4/11/2023 | COMPLAINT | | | | 23102789 | CAYMUS FUNDING INC v PROFESSIONAL HARDWD FLR TRIMBARGY ROBERT | 18519 | $39,963.89 |
| RAMSES WELDING & OILFIELD LLC | 3/19/2024 | INTERROGATORIES | | | | 24101463 | CAYMUS FUNDING INC v RAMSES WELDING & OILFIELD LLCESPINOZA JUAN MANUEL | 1006949 | $28,760.01 |
| REALWEIGH MEDICAL LLC | 8/24/2023 | COMPLAINT | | | | 23106592 | CAYMUS FUNDING INC v REALWEIGH MEDICAL LLCALHAYEN ALYAA | 1000023 | $58,167.09 |
| Reliable AC Services LLC | 8/13/2024 | Certificate of Service | | | | 23104784 | CAYMUS FUNDING INC v RELIABLE AC SERVICES LLCTOVAR JONATHAN | 15090 | $0.00 |
| RICE RENEWABLES, LLC | 8/13/2024 | COMPLAINT | | | | 24GC06009 | CAYMUS FUNDING INC V RICE RENEWABLES, LLC, ET AL | 1010800 | $13,220.00 |
| ROADYS OF FRESNO INC | 7/1/2020 | COMPLAINT | | | | 20103821 | CAYMUS FUNDING INC v ROADYS OF FRESNO INCDORTON JERRYTAYLOR TRAVISZABARSKY STEVEN GSPOTON FINANCIAL LLC | 7884 | $52,922.00 |
| ROB YAEGER LLC | 3/30/2023 | MOTION DEFAULT JUDGM | | | | 21108938 | CAYMUS FUNDING INC v YAEGER ROBROB YAEGER LLC | 7278 | $34,185.98 |
| ROCY TOP AIR INC | 2/20/2024 | COMPLAINT | | | | 24101277 | CAYMUS FUNDING INC v ROCY TOP AIR INCALLISON GERALD | 1005602 | $92,024.35 |
| ROUTE 80 AUTO SPECIALIST INC | 3/17/2023 | MOTION DEFAULT JUDGM | | | | 22107071 | CAYMUS FUNDING INC v ROUTE 80 AUTO SPECIALIST INCFERNANDEZ FAUSTO | 13025 | $30,904.08 |
| SEAFOOD & PHO DAIQUIRIS CORP | 3/18/2022 | RETURNED NOTICE | | | | 21104843 | CAYMUS FUNDING INC v SEAFOOD & PHO DAIQUIRIS CORPNGUYEN DIEP THIBUI NGUYEN DIANE | 12544 | $376,452.00 |
| SIGNATURE FITNESS CLUB INC | 3/30/2023 | COMPLAINT | | | | 23102476 | CAYMUS FUNDING INC v SIGNATURE FITNESS CLUB INCBOTHA SHELDON | 18223 | $17,133.12 |
| SKYLIGHT CAPITAL MGMT GROUP LLC | 1/25/2024 | LETTER | | | | 23109464 | CAYMUS FUNDING INC v SKYLIGHT CAPITAL MGMT GROUP LLCTARDIVEL LEE | 1008299 | $49,507.00 |
| SMITH CUSTOM HOME CORPORATION | 12/4/2024 | Rule NISI | | | Peremptory Hearing 1/27/2025 | 22103582 | CAYMUS FUNDING INC VS SMITH CUSTOM HOME CORPORATION | 15194 | $161,506.00 |
| SOUTH FLORIDA FOOD MERCHANTS | 2/23/2023 | SERVICE ENTRY - Sheriff's Entry of Service | | | | 23100856 | CAYMUS FUNDING INC v SOUTH FLORIDA FOOD MERCHANTSCINNANTE DENNIS | 23406 | $25,086.04 |
| STEPHENS ELECTRICAL SYSTEMS | 8/9/2022 | SERVICE ENTRY - Sheriff's Entry of Service | | | | 22104256 | CAYMUS FUNDING INC v STEPHENS ELECTRICAL SYSTEMSSTEPHENS JAMES | 9535 | $50,814.84 |
| SUNSET FREIGHTS LLC | 10/31/2024 | MOTION | | | | 23102427 | CAYMUS FUNDING INC v SUNSET FREIGHTS LLCSHIRE HASSAN | 21847 | $66,016.88 |
| SURFACINC CORP | 12/18/2024 | RULE NISI | | | | 21109455 | CAYMUS FUNDING INC v SURFACINC CORPSIGOUIN MAURICE | 10828 | $111,381.53 |
| TD SUNKEN ENTERPRISES LLC | 2/28/2023 | SERVICE ENTRY - Sheriff's Entry of Service | | | | 22105208 | CAYMUS FUNDING INC v TD SUNKEN ENTERPRISES LLCSUNKEN DARCEY | 18640 | $0.00 |
| Texas Stag Enterprises LLC | 8/27/2024 | COMPLAINT | | | | 24GC06415 | CAYMUS FUNDING INC V TEXAS STAG ENTERPRISES LLC, ET AL | 15274 | $32,711.00 |
| THE TEXAS ASSOCIATES CORP | 5/2/2023 | COMPLAINT | | | | 23103389 | CAYMUS FUNDING INC v THE TEXAS ASSOCIATES CORPGRANDA FERNANDO | 1002393 | $110,107.72 |
| THE WHEELHOUSE BK LLC | 7/19/2024 | Initiation Form | | | | 24GC05345 | CAYMUS FUNDING INC V THE WHEELHOUSE BK LLC, ET AL | 8617 | $45,175.26 |
| TIDAL POOLS INC | 6/20/2023 | COMPLAINT | | | | 23104713 | CAYMUS FUNDING INC v TIDAL POOLS INCPOLLARD ERIC | 1001568 | $39,969.79 |
| VANGUARD LLC | 2/27/2022 | COMPLAINT | | | | 22108938 | CAYMUS FUNDING INC v VANGUARD LLCMCCURDY CHRISTIAN | 22156 | $27,868.28 |
| VC Food service PIZZERIA VIVOLI | 3/16/2023 | COMPLAINT | | | | 23102110 | CAYMUS FUNDING INC v V.C. Food Service Inc, et al | 1000647 | $74,521.02 |
| VESIM 7709 GN LLC | 12/12/2023 | COMPLAINT | | | | 23109569 | CAYMUS FUNDING INC v VESIM 7709 GN LLCMALIK UMAR | 1006184 | $21,854.12 |
| Veterans Construction | 12/4/2024 | Rule NISI | | | Peremptory Hearing 1/27/2025 | 22108639 | CAYMUS FUNDING INC VS BERNABE GONZALEZ | 23596 | $33,671.04 |
| VON REICH HAUS LLC | 3/21/2023 | SERVICE ENTRY | | | | 22101250 | CAYMUS FUNDING INC v VON REICH HAUS LLCALVA KAROL | 13264 | $25,452.00 |
| VOYAGER SIDING INC | 4/1/2024 | Certificate of Service | | | | 22100220 | CAYMUS FUNDING INC v VOYAGER SIDING INCHOWARD DUSTINHUNT SHAUN | 13814 | $207,880.00 |
| WANG BEAUTY SUPPLY INC | 9/28/2023 | COMPLAINT | | | | 23107576 | CAYMUS FUNDING INC v WANG BEAUTY SUPPLY INCWANG LINHUA | 1007294 | $98,822.00 |
| WAYNE CUTZ BARBERSHOP LLC | 3/24/2023 | COMPLAINT | | | | 23102339 | CAYMUS FUNDING INC v WAYNE CUTZ BARBERSHOP LLCSUSANA GARCIA AURA CLIMERY | 23128 | $12,997.68 |
| WCW DESIGN CO LLC | 3/30/2023 | COMPLAINT | | | | 23102477 | CAYMUS FUNDING INC v WCW DESIGN CO LLCBARNES LOWAYNE | 14640 | $0.00 |
| WEBSTER & SON PAVING LLC | 6/14/2024 | Summons | | | | 24104471 | CAYMUS FUNDING INC v WEBSTER & SON PAVING LLCDEMONTE BRUCE | 1010818 | $54,975.38 |
| WEST COAST CONSTRUCTION SERVICES LLC | 7/3/2024 | Certificate of Service | | | | 24104472 | CAYMUS FUNDING INC v WEST COAST CONSTRUCTION SERVICES LLCPOTTER KIT | 1007955 | $28,477.42 |

**Judgements - Uncollected to date**

| Lawsuit Name | Date | Current Status | Principal | Court Costs | Notes | Case # | Case Name Full | Caymus Affiliate ID | Gross Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| WBF Management, LLC and Wesley Louis Berry | 1/23/2017 | Motion for Default | $9,318,731.00 | $199.00 | | 16A2364-7 | CAYUMS FUNDING INC VS WBF Management, LLC and Wesley Louis Berry | 1809 | $2,257,855.29 |
| RWK ENTERPRISES LLC d/b/a FIVE STAR ROOFING | 12/10/2024 | Motion for default | $55,157.16 | $332.84 | | 22108492 | CAYMUS FUNDING INC VS RONALD KEENEY | 2013 | $368,752.00 |
| COPPER CRICKET ENTERPRISES, INC. | 11/26/2024 | Motion for default | $6,276.00 | $522.84 | | 23100058 | CAYMUS FUNDING INC VS THOMAS COLE | 21667 | $8,652.00 |
| Phase Four, Inc | 7/17/2023 | JUDGMENT-DEFAULT - New Proceeding | $3,189,788.89 | $601.35 | | 19-A-151 | CAYMUS FUNDING VS PHASE FOUR INC | 1836 | $3,195,940.18 |
| GETARIDE LLC | 11/13/2024 | Default Judgement | $41,681.64 | $452.00 | | 23101700 | CAYMUS FUNDING INC v GETARIDE LLCTHERONIER KENLEY | 27425 | $35,777.64 |
| DAN FITZGERALD & ASSOCIATES INC | 12/13/2024 | Default Order | $17,339.47 | $591.00 | | 22107234 | CAYMUS FUNDING INC v DAN FITZGERALD & ASSOCIATES INCFITZGERALD DAN | 15899 | $17,339.47 |

**United States Bankruptcy Court**

**IN RE:**
                                       Case No._____

Caymus Funding Inc.
_____ Chapter  11 _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares<br>(Or Percentage) | Security Class<br>(or kind of interest) |
|---|---|---|
| Clifford Hardwick<br>3550 George Busbee Pkwy NW Ste 225, Kennesaw, GA 30144 | 100 | Common stockholder |

Fill in this information to identify the case and this filing:

Debtor Name      Caymus Funding Inc.

United States Bankruptcy Court for the:    Northern District of Georgia

Case number (*If known*): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    01/23/2025                 ✖ /s/ Clifford Hardwick
_____                _____
MM / DD / YYYY                 Signature of individual signing on behalf of debtor

Clifford Hardwick
_____
Printed name

President, Chairman
_____
Position or relationship to debtor

United States Bankruptcy Court

Northern District of Georgia

In re:  Caymus Funding Inc.

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____01/23/2025_____

/s/ Clifford Hardwick
_____
Signature of Individual signing on behalf of debtor

President, Chairman
_____
Position or relationship to debtor

Bank of America
PO Box 660441
Dallas, TX 75266-0441


Bank of Michigan
417 Main Street
PO Box 738
Brooklyn, MI 49230


Corellia Technologies
31 Vinings Lane
Cartersville, GA 30120


Georgia Department of Revenue
2595 Century Parkway
Atlanta, GA 30345


Harbor Group Management, as Receiver
600 TownPark Lane
Ste 370
Kennesaw, GA 30144


Internal Revenue Service
Central Insolvency Op.
PO Box 7346
Philadelphia, PA 19101-7346


LexisNexis Risk Solutions
1000 Alderman Dr.
Alpharetta, GA 30005


Moonglow Software
20 Harris Rd NW
Adairsville, GA 30103


Multiple Defendants


Oracle Netsuite
500 Oracle Parkway
Redwood Shores, CA 94065


Robert Arrington, Esq.
1230 Peachtree Street
Suite 1900
Atlanta, GA 30309

# United States Bankruptcy Court

_____
Northern District of Georgia

**In re** Caymus Funding Inc.

Case No. _____

**Debtor**

Chapter [11] _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the
   above named debtor(s) and that compensation paid to me within one year before the filing of the
   petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of
   the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

[ ] <u>FLAT FEE</u>

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $_____

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

[✔] <u>RETAINER</u>

    For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $ 75,000.00 _____

    The undersigned shall bill against the retainer at an hourly rate of  . . . . . . . . . . $ 450.00 _____

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court
   approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

       [✔] Debtor              [ ] Other (specify)

3. The source of compensation to be paid to me is:

       [✔] Debtor              [ ] Other (specify)

4.   [✔] I have not agreed to share the above-disclosed compensation with any other person unless they
   are members and associates of my law firm.

       [ ] I have agreed to share the above-disclosed compensation with a other person or persons who
   are not members or associates of my law firm. A copy of the Agreement, together with a list of the names
   of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the
   bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining
      whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be
      required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any
      adjourned hearings thereof;


B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]
See Fee Agreement

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
See Fee Agreement

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

01/23/2025

*Date*

/s/ Scott Riddle, 604855

*Signature of Attorney*

Law Office of Scott B. Riddle, LLC

*Name of law firm*
309 E. Paces Ferry Rd NE
Suite 400
Atlanta, GA 30305